1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   STEPHEN DOSSMAN,                      No. C 00-384 SI (pr)
9              Petitioner,                **ORDER EXTENDING DEADLINES**
10       v.
11  ANTHONY NEWLAND, warden,
12             Respondent.
                                    /
13
14          Respondent has filed an <u>ex parte</u> application for an extension of time to file his renewed
15  motion to dismiss.  Having considered the application and the accompanying declaration of
16  attorney Stan Helfman, the court GRANTS respondent's application. (Docket # 116.) The court
17  now sets the following new briefing schedule:
18          1.      Respondent must file and serve his motion to dismiss no later than **February 1,**
19  **2008**.
20          2.      Petitioner must file and serve his opposition to the motion to dismiss no later than
21  **March 7, 2008**.
22          3.      Respondent must file and serve his reply brief (if any) no later than **March 21,**
23  **2008**.
24          IT IS SO ORDERED.
25  DATED: December 20, 2007
                                          _____
26                                        SUSAN ILLSTON
                                          United States District Judge
27
28