UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DOSSMAN,<br>    Petitioner,<br>  v.<br>ANTHONY NEWLAND, warden,<br>    Respondent.    / | No. C 00-384 SI (pr)<br>**ORDER** |

Respondent has filed a second <u>ex parte</u> request for an extension of time to file his renewed motion to dismiss and petitioner has filed an <u>ex parte</u> request for an extension of time to file his opposition to respondent's motion to dismiss.  Upon due consideration the requests are GRANTED. (Docket # 118, # 120.) Respondent's motion to dismiss filed on February 15, 2008 and petitioner's opposition brief filed on April 22, 2008 are deemed timely filed.  The motion is under submission and will be decided in due course.

IT IS SO ORDERED.

DATED: May 7, 2008

                                                SUSAN ILLSTON<br>                                                United States District Judge