UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN DOSSMAN,                    No. C 00-384 SI (pr)

       Petitioner,                    **ORDER EXTENDING DEADLINES**

   v.

ANTHONY NEWLAND, warden,

       Respondent.
                                            /

       Petitioner has filed two applications for extension of time to file an opposition to respondent's motion to dismiss. Upon due consideration, the court GRANTS the applications and will extend the deadlines. (Docket # 130, # 131.) The court now sets the following new briefing schedule on respondent's motion to dismiss: Petitioner must file and serve his opposition to the motion to dismiss no later than **December 5, 2008**. No further extensions of this deadline will be permitted. Respondent must file and serve his reply, if any, no later than **December 24, 2008**.

       Petitioner filed both a handwritten and a typed application for extension of time, with slightly different texts. Filings by <u>pro se</u> incarcerated litigants need not be typed as long as the handwriting is legible. Petitioner may not file two oppositions, and the court will read only the first one filed. That one opposition brief may not exceed 25 pages in length.

       IT IS SO ORDERED.

DATED: November 3, 2008

                                                  SUSAN ILLSTON
                                             United States District Judge