UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DOSSMAN, | No. C 00-384 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| ANTHONY NEWLAND, warden, | |
| Respondent. | |

Respondent has requested an extension of time to file his reply in support of his motion to dismiss. Upon due consideration of the request and the declaration of Stan Helfman, the court GRANTS the request. (Docket # 134, # 135.) Respondent must file and serve his reply brief no later than **March 13, 2009**. No further extensions of this deadline will be permitted.

IT IS SO ORDERED.

DATED: February 9, 2009

_____
SUSAN ILLSTON
United States District Judge