UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN DOSSMAN,                                             No. C 00-384 SI (pr)

      Petitioner,                                                 **JUDGMENT**

  v.

ANTHONY NEWLAND, warden,

      Respondent.
                                        /

      The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

      IT IS SO ORDERED AND ADJUDGED.

DATED: May 13, 2009

                                        SUSAN ILLSTON
                                        United States District Judge